IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02912-MSK-MEH

STANLEY CREWS,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Public Schools,
CLIFFORD PAINE,
MICHAEL EATON,
ROBERT SWAIN,
LISA WEHRLI, and
THOMAS CONROY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 15, 2014.**

    Before the Court is an Amended Motion to Dismiss filed by Defendants School District No. 1, Robert Swain, Lisa Wehrli and Thomas Conroy [docket #14]. The Court construes the motion as a corrected version of the original motion to dismiss; accordingly, Defendants' Motion to Dismiss [filed December 30, 2013; docket #13] is **denied as moot**. The parties shall file response and reply briefs to the Amended Motion to Dismiss pursuant to D.C. Colo. LCivR 7.1(c) and all applicable federal and local rules.