IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.:   13-cv-2912-MSK-MEH | Date:   November 4, 2014 |
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A501** |

| | |
|---|---|
| STANLEY CREWS | Jennifer Wadhwa |
| | Jennifer Robinson |
| Plaintiff, | |
| vs. | |
| SCHOOL DISTRICT NO. 1 | |
| CITY & COUNTY OF DENVER ET AL | Holly Ortiz |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session: 11:39 a.m.**

Court calls case.   Appearances of counsel.

Arguments and discussion held regarding discovery motions pending and other discovery issues.

**ORDERED:**

Following oral argument regarding [48] the Third MOTION for Extension of Time to Take Depositions by Plaintiff Stanley Crews, the Court has GRANTED the Motion.

Following oral argument regarding [51] the MOTION to Compel Holly Ortiz Deposition and Conduct In Camera Review of Documents Identified as Privileged by Plaintiff Stanley Crews, the Court has GRANTED IN PART AND DENIED IN PART the Motion.   Counsel for the defendant will submit the documents for review by noon on Friday, November 7, 2014 to Chambers for *in camera* review.

IT IS ORDERED that the defendant has until noon on December 1, 2014 to provide a list of officers employed by the school board, from 1998 forward which includes the names of the officers, hire dates, termination dates, race and the reason that they left.

IT IS FURTHER ORDERED THAT the dispositive motion deadline is hereby VACATED.

IT IS FURTHER ORDERED THAT a Status Conference is set for December 3, 2014 at 11:00 a.m. in Courtroom A 501 before Magistrate Judge Hegarty.   Plaintiff is to have the proposed 30 (b)(6) request to present to the Court at that time.

**Court in recess:** 1:04 p.m. **(Hearing concluded)**
**Total time in court:** 1:25

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.