IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02912-MSK-MEH

STANLEY CREWS,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Public Schools,
CLIFFORD PAINE,
MICHAEL EATON,
ROBERT SWAIN,
LISA WEHRLI, and
THOMAS CONROY,

    Defendants.

## **AMENDED** MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2014.**

    This matter comes before the Court *sua sponte*. Due to an unforeseen conflict, the Status Conference currently scheduled for today December 3, 2014 is **vacated and rescheduled** to **December 11, 2014, at 2:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).