IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02912-MSK-MEH

STANLEY CREWS,

      Plaintiff,

v.

SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Public Schools,
CLIFFORD PAINE, and
MICHAEL EATON,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2015**.

      Defendants' Motion to Stay Deadline to File Reply in Support of the Motion for Summary Judgment [filed May 28, 2015; docket #91] is **granted**. When the Court granted Plaintiff's motion to defer consideration of the motion for summary judgment (docket #90), the Court essentially imposed a temporary stay of the briefing on the motion pending resolution of the Defendants' objection to this Court's order to produce certain documents. Of course, to the extent the Plaintiff believes Defendants raise issues in their reply brief not previously addressed, the Court will entertain a request for leave to file a surreply.

      Accordingly, the deadline to file a reply brief is stayed until after Chief Judge Krieger rules on the Objections; if Judge Krieger sustains the Objections, Defendants shall file their reply brief within seven (7) days from the date of that order; but, if Judge Krieger overrules the Objections and permits Plaintiff to file a supplemental response to the motion for summary judgment, Defendants shall file their reply brief within fourteen (14) days of the filing of such supplemental response.